# EXHIBIT 2

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

Microsoft Teams, including the Teams client applications, Teams Transport Relays, and the Microsoft Global Network, infringes at least claim 11 of U.S. Patent No. 10,263,902 (“the ’902 Patent”). The claim chart below provides exemplary evidence regarding the functionality of Microsoft Teams obtained through publicly available sources.

| Patent Claim | Microsoft Teams |
| --- | --- |
| 11. A method of transporting data utilizing a data transport system, wherein the data transport system comprises: | **The Accused Instrumentalities, as described in the Complaint, are part of a video conferencing solution that connects two or more users on ISP networks via Microsoft’s backbone technology and network. “Microsoft Global Network” has the meaning given in the Complaint.**<br><br><br>https://www.microsoft.com/en-us/microsoft-teams/video-conferencing<br><br>**Present with confidence**<br>Bring everyone together from anywhere—both in person and online—to work and collaborate with video conferencing in Teams.<br>**Brainstorm and visually collaborate**<br>Meet anytime with video conferencing—whether you’re calling one-on-one or leading a company town hall. |

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

**Manage and control meetings**

Host secure video conference calls—mute noise, remove uninvited attendees, and designate presenters.

**Hold virtual events**

Hold interactive meetings for up to 1,000 attendees and webinars and broadcasts for up to 10,000.*

https://www.microsoft.com/en-us/microsoft-teams/video-conferencing



**How video conferencing works**

Using a camera, a microphone, and a video conferencing app such as Teams, people at two or more locations see and hear each other simultaneously.

https://www.microsoft.com/en-us/microsoft-teams/video-conferencing#tabxc6adfcd6af3840869ac67fb142b7925c

## What is video conferencing?

Video conferencing is an online meeting between two or more participants communicating in real time over an internet connection. It blends audio and video to create a virtual face-to-face conversation where you can see others' expressions while hearing what they're saying—whether they're using a laptop, mobile device, or conference room meeting webcam.

With the power to bring people together, simplify collaboration, improve efficiency, and help you save money, provides advantages for businesses of any size.

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | https://www.microsoft.com/en-us/microsoft-365/business-insights-ideas/resources/10-reasons-to-use-video-conferencing<br><br>This chart is exemplary and based on publicly available information. Allegations made on information and belief are based on the fact that the internal operation of Microsoft's client software, relay allocation and backbone provisioning is within Microsoft's exclusive possession. Vixly reserves the right to amend following discovery and claim construction in accordance with the Local Patent Rules. |
| 11(a).<br><br>a first Internet Service Provider (ISP) network;<br><br>a second ISP network; | **The Accused Instrumentalities connect users on different ISP networks. For example, as shown below:**<br><br><br><br><br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**




*Figure 1 - Teams topology*

https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows

## Network segments

**Customer network**. The network segment that you control and manage. This segment includes all customer connections within customer offices, whether wired or wireless, connections between office buildings, connections to on-premises datacenters and your connections to Internet providers, Express Route, or any other private peering.

Typically, a customer network has several network perimeters with firewalls and/or proxy servers, which enforce your organization's security policies, and that only allow certain network traffic that you set up and configure. Because you manage this network, you have direct control over the performance of the network. We recommend that you complete network assessments to validate performance both within sites in your network and from your network to the Microsoft 365 network.

**Internet**. The network segment that is part of your overall network that is used by users who are connecting to Microsoft 365 from outside of the customer network. This segment is also used by some traffic from the customer network to Microsoft 365.

**Visited or guest private network**. The network segment outside your customer network, but not in the public Internet, that your users and their guests may visit. For example, a home private network or an enterprise private network, that does not deploy Teams, where your users and their customers that interact with Teams services may reside.

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows |
| 11(b). a private transport network, comprising multiple points of presence, connected by guaranteed bandwidth channels, wherein the private transport network is configured for transporting data between the first ISP network and the second ISP network; | **The Microsoft Global Network used by the Accused Instrumentalities is a private transport network controlled and operated by Microsoft, which contains multiple points of presence (edges):**<br><br>"The Microsoft global network (WAN) is a central part of delivering a great cloud experience. The global network connects our Microsoft data centers across 80 Azure regions with a large mesh of edge-nodes strategically placed around the world. The Microsoft global network offers both the availability, capacity, and the flexibility to meet any demand."<br><br><br><br>https://learn.microsoft.com/en-us/azure/networking/microsoft-global-network<br><br>"When customer traffic enters the global network through strategically placed edge nodes, it travels over optimized routes across the backbone. These edge nodes interconnect with more than 4,000 unique internet partners (peers) through thousands of connections in more than 190 locations, which forms the foundation of Microsoft's interconnection strategy.<br><br>Whether you connect from London to Tokyo or from Washington DC to Los Angeles, latency, jitter, packet loss, and throughput affect network performance. At Microsoft, we choose and utilize direct interconnects instead of transit-links. This approach ensures symmetric response traffic and helps minimize hops, peering parties, and paths to keep them as short and simple as possible.<br><br>For example, if you access a service in Tokyo from London, the Internet traffic enters one of our edges in London, travels over the Microsoft WAN through France, our Trans-Arabia paths between Europe and India, and then to Japan where the service resides. |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | Response traffic is symmetric. This data travel is called cold-potato routing. Traffic stays on the Microsoft network as long as possible before it's handed off.<br><br>Does all traffic between Microsoft services stay on the global network? Yes, any traffic between datacenters, within Microsoft Azure, or between Microsoft services such as Virtual Machines, Microsoft 365, XBOX, SQL databasess, Storage, and virtual networks routes within our global network and never over the public Internet. This routing ensures optimal performance and integrity."<br><br>https://learn.microsoft.com/en-us/azure/networking/microsoft-global-network |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | <br><br>In this conferencing scenario, the media path consists across the following network segments:<br>1. **Connection from User 1 to the edge of the Microsoft network** This usually includes a network connection such as WiFi or Ethernet, the WAN connection from User 1 to the Internet egress point (your network Edge device), and the Internet connection from your network Edge to Microsoft network Edge.<br>2. **Connection within Microsoft network** This is between the Microsoft Edge to Microsoft Teams data center, where the A/V Conferencing servers are used.<br>3. **Connection within Microsoft Network** This is between the Microsoft Teams data center and Microsoft network Edge.<br>4. **Connection from Microsoft network edge to User 2** This includes the Internet connection from your network Edge to Microsoft network Edge, the WAN connection from User 2 to the Internet egress point (your network Edge), and the network connection such as a WiFi or an Ethernet.<br>https://learn.microsoft.com/en-us/skypeforbusiness/optimizing-your-network/media-quality-and-network-connectivity-performance<br>**On information and belief, the Microsoft Global Network includes multiple PoPs connected by physical and/or virtual links with provisioned transmission capacity and managed through centralized software-defined traffic engineering. Those inter-PoP links constitute "guaranteed bandwidth channels."** |

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | Customers expect instant responsiveness and reliability from our services. The Microsoft global wide-area network (WAN) plays an important part in delivering a great cloud service experience. Connecting hundreds of datacenters in 38 regions around the world, our global network offers near-perfect availability, high capacity, and the flexibility to respond to unpredictable demand spikes.<br><br>As we build, expand, and run this world-class network, we rely on three guiding principles:<br>• Be as close as possible to our customers for optimal latency.<br>• Stay in control of capacity and resiliency to guarantee that the network can survive multiple failures.<br>• Proactively manage network traffic at scale via software-defined networking (SDN).<br><br>https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/<br><br>**Microsoft 365**. The network segment that supports Microsoft 365 services. It's distributed worldwide with edges in proximity to the customer network in most locations. Functions include Transport Relay, conferencing server, and Media Processor.<br><br>https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows<br><br>On information and belief, the bandwidth of dedicated inter-PoP optical channels is centrally allocated and enforced by Microsoft's software-driven WAN controller ("SWAN"). SWAN centrally controls "when and how much traffic each service sends" and frequently re-configures "the network's data plane to match current traffic demand." Chi-Yao Hong et al., *Achieving High Utilization with Software-Driven WAN* 1 (Microsoft Rsch., Tech. Rep. MSR-TR-2013-54, 2013("SWAN Report"). SWAN "supports a small number of priority classes (e.g., Interactive > Elastic > Background) and allocates bandwidth in strict precedence across these classes, while preferring shorter paths for higher classes." SWAN Report at 3. This approach reserves capacity in advance for latency-sensitive traffic, "ensur[ing] that enough capacity is set aside for interactive traffic," *i.e.*, traffic "in the critical |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | path of end user experience" that is "highly sensitive to loss and delay," and protects that traffic because "[i]f resource contention does occur, priority queueing at switches protects interactive traffic." SWAN Report at 6, 2. Microsoft's network "carries over 90% of the traffic in and out of Microsoft's datacenters" across "over 280,000 kilometers of optical fiber and over 150 points of presence." *Born in the Research Lab a Decade Ago, SWAN Continues to Accelerate Networking in the Microsoft Cloud*, Microsoft Rsch. Blog (June 20, 2024), https://www.microsoft.com/en-us/research/blog/born-in-the-research-lab-a-decade-ago-swan-continues-to-accelerate-networking-in-the-microsoft-cloud/; *see also* Yousef Khalidi, *How Microsoft Builds Its Fast and Reliable Global Network*, Microsoft Azure Blog (Mar. 15, 2017), https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/.<br><br>**Microsoft WAN's fiber channels are guaranteed bandwidth channels.**<br><br>"To give customers a service that works well, our network must be able to handle failures and rapidly respond to demand spikes. To support the tremendous growth of our cloud services and maintain consistent service level agreements, we invest in private fiber (sometimes called dark fiber), for our metro, terrestrial, and submarine paths. Microsoft owns and runs one of the largest backbone networks in the world,[ ]connecting our datacenters and customers. Over the last three years, we've grown our long-haul WAN capacity by 700 percent. Within a given region, we can support up to 1.6 Pbps of inter-datacenter bandwidth. We continue to increase capacity to meet the strong demand for Microsoft cloud services.<br><br>*Microsoft owns and runs one of the largest WAN backbones in the world.*<br><br>Our submarine investments improve resiliency, performance, and reliability across the Pacific and Atlantic Oceans. Our latest investment is the MAREA cable, a 6,600 km submarine cable between Virginia Beach, Virginia, USA, and Bilbao, Spain, which we jointly developed with Facebook. MAREA will be the highest-capacity subsea cable to cross the Atlantic, featuring eight fiber pairs and an initial estimated design capacity of 160 Tbps. This open cable system is an innovation in submarine cable design and delivery, which allows for greater bandwidth capacity thresholds and reduces cost. More importantly, it has given us the ability to introduce SDN principles into cable management, resulting in a better quality of service."<br><br>https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/<br><br>**The Accused Instrumentalities utilize Microsoft's backbone network, which includes a number of fibers/channels:** |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

A48 J. OPT. COMMUN. NETW./VOL. 8, NO. 7/JULY 2016 Filer *et al.*




Fig. 3. Microsoft North American backbone fiber information: (a) distribution of fiber types found in the network (LC, large core; SC, small core). (b) Distribution of individual span lengths throughout all network routes. (c) Route length distribution.

http://ratul.org/papers/jocn2016-elastic-optical-networks.pdf

"[W]e invest in private fiber (sometimes called dark fiber), for our metro, terrestrial, and submarine paths."

https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/

**Each fiber also carries a number of DWDM wavelengths (optical channels).**

"Microsoft's currently deployed intercity network is based largely on traditional fixed-grid technology . . ."; "[R]outes carrying DWDM traffic between data center regions range from sub-100-km to more than 2500 km."

M. Filer et al., "Elastic Optical Networking in the Microsoft Cloud," J. Optical Communications & Networking, vol. 8, no. 7 (2016), §§ I, III.A, IV.C, available at http://ratul.org/papers/jocn2016-elastic-optical-networks.pdf

**Each wavelength is a channel of fixed, hardware-defined capacity**

"The polling of Q-factor from Microsoft's existing N.A. backbone network was performed over a period of three months, from February to April 2015, for all of the 100G PM-QPSK linecards deployed at the time."

http://ratul.org/papers/jocn2016-elastic-optical-networks.pdf

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

"Our dataset is based on 14 months of data, from February 2015 to April 2016, taken from Microsoft's optical backbone in North America. This backbone has O(50) optical cross-connects, O(100) WAN segments, and O(1000) optical channels."

https://www.microsoft.com/en-us/research/project/microsofts-wide-area-optical-backbone/

The local egress architecture has the following benefits for Microsoft 365 network traffic over the traditional model:

- Provides optimal Microsoft 365 performance by optimizing route length. End user connections are dynamically routed to the nearest Microsoft 365 entry point by the Microsoft Global Network's *Distributed Service Front Door* infrastructure, and traffic is then routed internally to data and service endpoints over Microsoft's ultra-low latency high availability fiber.
- Reduces the load on corporate network infrastructure by allowing local egress for Microsoft 365 traffic, bypassing proxies and traffic inspection devices.
- Secures connections on both ends by applying client endpoint security and cloud security features, avoiding application of redundant network security technologies.

https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide

The primary goal in the network design should be to minimize latency by reducing the round-trip time (RTT) from client machines to the Microsoft Global Network, Microsoft's public network backbone that interconnects all of Microsoft's datacenters with low latency, high availability cloud application entry points spread around the world. You can learn more about the Microsoft Global Network at How Microsoft builds its fast and reliable global network.

https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide

**The Accused Instrumentalities utilize the Microsoft Global Network, which is configured for transporting data between the users' ISP networks:**

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | **Real-time media**. Data encapsulated within Real-time Transport Protocol (RTP) that supports audio, video, and screen sharing workloads. In general, media traffic is highly latency sensitive. You want this traffic to take the most direct path possible, and to use UDP versus TCP as the transport layer protocol, which is the best transport for interactive real-time media from a quality perspective. (Note that as a last resort, media can use TCP/IP and also be tunneled within the HTTP protocol, but it isn't recommended due to bad quality implications.) RTP flow is secured using SRTP, in which only the payload is encrypted.<br><br>**Signaling**. The communication link between the client and server, or other clients that are used to control activities (for example, when a call is initiated), and deliver instant messages. Most signaling traffic uses the HTTPS-based REST interfaces, though in some scenarios (for example, connection between Microsoft 365 and a Session Border Controller) it uses SIP protocol. It's important to understand that this traffic is much less sensitive to latency but may cause service outages or call timeouts if latency between the endpoints exceeds several seconds.<br><br>https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows<br><br>Teams requires connectivity to the Internet. Teams endpoint URLs and IP address ranges are listed in Office 365 URLs and IP address ranges. Open connectivity to TCP ports 80 and 443, and to UDP ports 3478 (STUN), 3479 (Audio), 3480 (Video), and 3481 (sharing/VBSS) are required.<br><br>Teams media flows connectivity is implemented using standard IETF Interactive Connectivity Establishment (ICE) procedures.<br><br>https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows |
| 11(c). a transport relay in the private transport network;<br><br>a control server configured to provide admission control to the private transport network by preventing unauthorized parties from accessing the private transport network; | **The Accused Instrumentalities utilize the Microsoft Global Network which is a private transport network that includes a Transport Relay:**<br><br>**Microsoft 365**. The network segment that supports Microsoft 365 services. It's distributed worldwide with edges in proximity to the customer network in most locations. Functions include Transport Relay, conferencing server, and Media Processor.<br><br>https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**




https://www.youtube.com/watch?v=1tmHMIlAQdo at 5:02 (Microsoft Teams uses Transport Relays); *see also id.* at 27:45 (showing the relay connection being established to achieve "early media" and provide audio connection early).

**The Accused Instrumentalities utilize Microsoft 3665, which also includes a control server that, on information and belief, is configured to provide admission control to the private transport network (the Microsoft Global Network). For the Accused Instrumentalities, Teams uses a credentials-based token for secure access to media relays over TURN (Traversal Using Relays around NAT), a networking protocol that safely routes audio and video calls through firewalls when a direct connection between users is blocked. Teams exchanges that token over a TLS-secured channel and uses the TURN Digest challenge for media authentication. On information and belief, Microsoft's relay-allocation and authentication services validate the authorization information and prevent unauthorized clients from obtaining or using a relay allocation.**

Microsoft states that a customer may block a direct media path to "enforce a media path through Transport Relay in Microsoft 365."

https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows

"**Authentication:** . . . users must be authenticated when accessing Microsoft services. **. . .** Microsoft uses forms-based authentication, and authentication traffic over the network is always encrypted with TLS/SSL using port 443. Authentication traffic uses a negligible percentage of bandwidth for Microsoft services."

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

https://web.archive.org/web/20231010183629/https://learn.microsoft.com/en-us/microsoft-365/admin/m365-feature-descriptions?view=o365-worldwide&tabs=User-account-management




“Microsoft recommends that organizations use recent versions of Windows 10 with either Hybrid Domain Join or Microsoft Entra join configuration. Using recent versions ensures that users' accounts are primed in Windows' Web Account Manager, which in turn enables single sign-on to Teams and other Microsoft applications. Single sign-on provides a better user experience (silent sign-in) and a better security posture.

Microsoft Teams uses modern authentication to keep the sign-in experience simple and secure. “

https://learn.microsoft.com/en-us/microsoftteams/sign-in-teams

**The control server prevents unauthorized parties from accessing the Microsoft Global Network.**

“Microsoft Teams supports all the identity models that are available with Microsoft 365 and Office 365, which include:

1. **Cloud-only**: User accounts are created and managed in Microsoft 365 or Office 365 and stored in Microsoft Entra ID. User sign-in credentials (account name and password) are validated by Microsoft Entra ID.

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | 2. **Hybrid**: User accounts are typically managed in an on-premises Active Directory Domain Services (AD DS) forest. Depending on the configuration, credential validations are done by Microsoft Entra ID, AD DS, or a federated identity provider. This model uses directory synchronization from AD DS to Microsoft Entra ID with Microsoft Entra Connect."<br><br>https://learn.microsoft.com/en-us/microsoftteams/identify-models-authentication<br><br>"Microsoft 365 uses Microsoft Entra ID, a cloud-based user identity and authentication service that is included with your Microsoft 365 subscription, to manage identities and authentication for Microsoft 365."<br><br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/deploy-identity-solution-identity-model?view=o365-worldwide<br><br>Here are the basic components of cloud-only identity.<br><br>Both on-premises and remote (online) users use their Microsoft Entra user accounts and passwords to access Microsoft 365 cloud services. Microsoft Entra authenticates user credentials based on its stored user accounts and passwords.<br><br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/deploy-identity-solution-identity-model?view=o365-worldwide |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

<table>
<tr>
<td></td>
<td>

https://learn.microsoft.com/en-us/microsoft-365/enterprise/deploy-identity-solution-identity-model?view=o365-worldwide</td>
</tr>
<tr>
<td>11(d). a first data terminal, connected to the first ISP network; and<br><br>a second data terminal, connected to the second ISP network</td>
<td>The Accused Instrumentalities are carried out on data terminals running Microsoft's Teams application or Teams web client, which connect to the respective ISP networks. The operations recited below are performed at those terminals by Microsoft's software, and by the local hardware that software invokes, according to Microsoft's design:</td>
</tr>
</table>

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

<table>
<tr>
<td></td>
<td>


https://www.microsoft.com/en-us/microsoft-teams/free
<br>


https://www.microsoft.com/en-us/microsoft-teams/teams-for-home
</td>
</tr>
</table>

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**




https://www.microsoft.com/en-us/microsoft-teams/download-app




https://www.microsoft.com/en-us/microsoft-teams/download-app

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | Find Teams on the web at https://teams.microsoft.com.<br><br>To use Teams, you need a Microsoft 365 account with a Business or Enterprise Microsoft 365 license plan. For more information, see How do I get access to Microsoft Teams?<br><br>For information about supported browsers for Teams on the web, you can review the latest browser prerequisites.<br><br>https://support.microsoft.com/en-us/office/use-microsoft-teams-on-the-web-33f84aa9-2e8b-47ac-8676-02033454e385 |
| 11(e). the method comprising:<br><br>the first data terminal sending authorization information to the control server in order to gain admission to the private transport network; and | **For the Accused Instrumentalities, Microsoft's Teams software executing on the first data terminal sends authorization information to Microsoft's control infrastructure, including credentials, authentication tokens, access tokens, relay credentials, or other Microsoft-issued authorization information. Microsoft conditions both participation in an accused relayed Teams session and receipt of the benefit of that session on the Teams client following Microsoft-prescribed authentication, TURN, ICE, candidate-exchange, relay-allocation, and media-addressing procedures. A user who does not perform those steps receives no relayed Teams media. Microsoft determines the manner and timing of those acts through Teams software and Microsoft-operated servers.**<br><br>"Microsoft Teams supports all the identity models that are available with Microsoft 365 and Office 365, which include:<br><br>1. **Cloud-only**: User accounts are created and managed in Microsoft 365 or Office 365 and stored in Microsoft Entra ID. User sign-in credentials (account name and password) are validated by Microsoft Entra ID.<br><br>2. **Hybrid**: User accounts are typically managed in an on-premises Active Directory Domain Services (AD DS) forest. Depending on the configuration, credential validations are done by Microsoft Entra ID, AD DS, or a federated identity provider. This model uses directory synchronization from AD DS to Microsoft Entra ID with Microsoft Entra Connect. |

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | https://learn.microsoft.com/en-us/microsoftteams/identify-models-authentication<br><br>"Passwords are the most common method of authentication for signing in to a computer or online service, but they're also the most vulnerable. People can choose easy passwords and use the same passwords for multiple sign-ins to different computers and services.<br><br>To provide an extra level of security for sign-ins, use multifactor authentication (MFA), which requires both a password and another verification method such as:<br><br>• A text message sent to a phone that requires the user to type a verification code.<br>• A phone call.<br>• The Microsoft Authenticator smart phone app.<br>• Other methods available with hybrid identity and federated authentication.<br><br>MFA is supported with any Microsoft 365 or Office 365 plan that includes Microsoft Teams."<br><br>https://learn.microsoft.com/en-us/microsoftteams/identify-models-authentication<br><br> |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | **Web app sign-in flow**<br>When a user navigates in the browser to a web app, the following happens:<br>• The web app determines whether the user is authenticated.<br>• If the user isn't authenticated, the web app delegates to Microsoft Entra ID to sign in the user. That sign in will be compliant with the policy of the organization, which may mean asking the user to enter their credentials, using multi-factor authentication (sometimes referred to as two-factor authentication or 2FA), or not using a password at all (for example using Windows Hello).<br>• The user is asked to consent to the access that the client app needs. This is why client apps need to be registered with Microsoft Entra ID, so that the Microsoft identity platform can deliver tokens representing the access that the user has consented to.<br>When the user has successfully authenticated:<br>• The Microsoft identity platform sends a token to the web app.<br>• A cookie is saved, associated with a Microsoft Entra domain, that contains the identity of the user in the browser's cookie jar. The next time an app uses the browser to navigate to the Microsoft identity platform authorization endpoint, the browser presents the cookie so that the user doesn't have to sign in again. This is also the way that SSO is achieved. The cookie is produced by Microsoft Entra ID and can only be understood by Microsoft Entra ID.<br>• The web app then validates the token. If the validation succeeds, the web app displays the protected page and saves a session cookie in the browser's cookie jar. When the user navigates to another page, the web app knows that the user is authenticated based on the session cookie.<br><br>https://learn.microsoft.com/en-us/entra/identity-platform/app-sign-in-flow |

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**




https://learn.microsoft.com/en-us/entra/identity-platform/app-sign-in-flow

Desktop and mobile applications can use an embedded Web control, or a system browser, for authentication. The following diagram shows how a Desktop or mobile app uses the Microsoft Authentication Library (MSAL) to acquire access tokens and call web APIs.




MSAL uses a browser to get tokens. As with web apps, authentication is delegated to Microsoft identity platform.

https://learn.microsoft.com/en-us/entra/identity-platform/app-sign-in-flow

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | The ultimate goal of Microsoft 365 networking is to optimize the end user experience by enabling the least restrictive access between clients and the closest Microsoft 365 endpoints. The quality of end user experience is directly related to the performance and responsiveness of the application that the user is using. For example, Microsoft Teams relies on low latency so that user phone calls, conferences and shared screen collaborations are glitch-free, and Outlook relies on great networking connectivity for instant search features that apply server-side indexing and AI capabilities.<br><br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide<br><br>Microsoft is transparent about datacenter security, operational security, and risk reduction around Microsoft 365 servers and the network endpoints that they represent. Microsoft 365 built-in security features are available for reducing network security risk, such as Microsoft Purview Data Loss Prevention, antivirus, Multifactor Authentication, Customer Lockbox, Defender for Office 365, Microsoft 365 Threat Intelligence, Microsoft 365 Secure Score, Exchange Online Protection, and Network DDOS Security.<br><br>For more information on Microsoft datacenter and Global Network security, see the Microsoft Trust Center.<br><br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-network-connectivity-principles?view=o365-worldwide<br><br>*See also* https://learn.microsoft.com/en-us/microsoftteams/sign-in-teams ("If users already signed in to Windows or to other Office apps with their work or school account, when they start Teams they're taken straight to the app. There's no need for them to enter their credentials.") |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| 11(f). the first data terminal sending latency-sensitive data to the second data terminal by addressing the latency-sensitive data to the transport relay in the private transport network | **In the Accused Instrumentalities, Microsoft's Teams software executing on the first data terminal sends audio and video, which are latency-sensitive data, to the second data terminal. Capturing the audio and video, compressing it, encapsulating it into SRTP, opening the UDP ports, and transmitting it to the server are performed by Microsoft's code and by the local hardware that code invokes.**<br><br>Microsoft describes Teams audio, video, and screen-sharing traffic as real-time RTP media that is "highly latency sensitive," and describes the client as transmitting SRTP-protected RTP/RTCP media to the selected relay candidate.<br><br>https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows<br><br>**Microsoft's Teams application, executing on the first data terminal, addresses the audio and video data to the Teams Transport Relay in the Microsoft 365 network segment of the Microsoft Global Network. The user of the Accused Instrumentalities identifies only the intended participant and never specifies, selects, or is informed of the network address to which the media is transmitted. Microsoft determines the manner and timing of that addressing through Teams software and Microsoft-operated servers, and the Accused Instrumentalities expose no user-accessible override.**<br><br><br><br>https://www.youtube.com/watch?v=1tmHMIlAQdo at 7:39 (internal addresses are translated into external addresses) |

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=1tmHMIlAQdo at 16:09 (discussion about Transport Relay on Microsoft network used by Teams).<br><br>https://www.youtube.com/watch?v=1tmHMIlAQdo at 18:59 (Transport Relays are all over the Microsoft Global Network); |

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

<table>
<tr>
<td></td>
<td>
Latency-sensitive media data (video and audio) are addressed to the transport relay (STUN and TURN server) to overcome the challenges of having routers and firewalls in the path:




https://www.youtube.com/watch?v=1tmHMIlAQdo at 11:50.



</td>
</tr>
</table>

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | https://www.youtube.com/watch?v=1tmHMIlAQdo at 3:58.<br><br>*See also id*. beginning at 27:45, disclosing the relay connection for early media audio.<br><br>You want a fast, reliable response when you use Microsoft services. Data travels over our network at nearly the speed of light; network speed, or latency, is a function of distance from the customer to the datacenter. If your service is far away, say you're in London and the service is in Tokyo, the network path determines latency. We use innovative software to optimize network routing and to build and deploy network paths that are as direct as possible between customers and their data and services. This reduces latency to the limits imposed by the speed of light.<br><br>Customer traffic enters our global network through strategically placed Microsoft edge nodes, our points of presence. These edge nodes are directly interconnected to more than 2,500 unique Internet partners through thousands of connections in more than 130 locations. Our rich interconnection strategy optimizes the paths that data travels on our global network. Customers get a better network experience with less latency, jitter, and packet loss with more throughput. Direct interconnections give customers better quality of service compared to transit links, because there are fewer hops, fewer parties, and better networking paths.<br><br>https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/ |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| |   *Figure 1. Microsoft Global WAN* https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/ |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

<table>
<tr>
<td></td>
<td>
Azure traffic between our datacenters stays on our network and does not flow over the Internet. This includes all traffic between Microsoft services anywhere in the world. For example, within Azure, traffic between virtual machines, storage, and SQL communication traverses only the Microsoft network, regardless of the source and destination region. Intra-region VNet-to-VNet traffic, as well as cross-region VNet-to-VNet traffic, stays on the Microsoft network.
Customers can use Azure ExpressRoute to create private network connections to Azure, Dynamics 365, Office 365, and Skype for Business. ExpressRoute connections bypass the Internet and offer more reliability, faster speeds, and less latency than typical Internet connections. With ExpressRoute, customers connect to Azure at an ExpressRoute location at specific Microsoft edge sites, such as an Internet exchange provider facility, or directly connect to Azure from an existing corporate WAN, such as a Multiprotocol Label Switching (MPLS) VPN provided by a network service provider.
For example, customers can connect to a local ExpressRoute site in Dallas and access virtual machines in Amsterdam, Busan, Dublin, Hong Kong, Osaka, Seoul, Singapore, Sydney, Tokyo, (or any of our datacenters) and the traffic will stay on our global backbone network. We have 37 ExpressRoute sites, and growing, with one near each Azure region, as well as other strategic locations. Every time we announce a new Azure region, like we recently did in Korea, you can expect that ExpressRoute will also be there, along with our global ecosystem of ExpressRoute partners.
https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/
Quality of Service (QoS) in Microsoft Teams enables you to prioritize real-time network traffic that's sensitive to network delays over traffic that's less sensitive. For example, you'd prioritize voice and video streams over downloading a new app (where an extra second to download isn't that noticeable).
QoS uses Differentiated Services Code Point (DSCP) markings together with port-based Access Control Lists (ACLs) to identify, mark, and classify all packets in real-time streams. This ensures that voice, video, and screen share streams receive preferential treatment at the expense of other types of traffic.
https://learn.microsoft.com/en-us/microsoftteams/qos-in-teams
</td>
</tr>
</table>

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| 11(g). to cause the latency-sensitive data (i) to travel from the first data terminal to the private transport network via the first ISP network, and then | **By addressing the latency-sensitive data to the Transport Relay (Teams Transport Relay and TURN server in the Microsoft 365 network segment of the Microsoft Global Network), in the Accused Instrumentalities, the Teams application on the first device causes the video and audio (latency-sensitive data) to travel from the first data terminal to the Microsoft Global Network.**<br><br><br>https://www.youtube.com/watch?v=1tmHMIlAQdo at 35:51 (1:1 Teams call via transport relay(s));<br><br> |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide   *Figure 1 - Teams topology*<br>https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows<br>**The latency-sensitive data travels from the first data terminal to the Microsoft Global Network via the first ISP network.**<br>The local egress architecture has the following benefits for Microsoft 365 network traffic over the traditional model:<br>• Provides optimal Microsoft 365 performance by optimizing route length. End user connections are dynamically routed to the nearest Microsoft 365 entry point by the Microsoft Global Network's *Distributed Service Front Door* infrastructure, and traffic is then routed internally to data and service endpoints over Microsoft's ultra-low latency high availability fiber.<br>• Reduces the load on corporate network infrastructure by allowing local egress for Microsoft 365 traffic, bypassing proxies and traffic inspection devices.<br>• Secures connections on both ends by applying client endpoint security and cloud security features, avoiding application of redundant network security technologies.<br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | The primary goal in the network design should be to minimize latency by reducing the round-trip time (RTT) from client machines to the Microsoft Global Network, Microsoft's public network backbone that interconnects all of Microsoft's datacenters with low latency, high availability cloud application entry points spread around the world. You can learn more about the Microsoft Global Network at How Microsoft builds its fast and reliable global network. <br><br> https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| 11(h). (ii) to travel through the private transport network, via the transport relay, over a guaranteed bandwidth channel of the guaranteed bandwidth channels, and then | **In the Accused Instrumentalities, after the latency-sensitive data (video and audio) is received by the Transport Relay (Teams Transport Relay and TURN server) in the Microsoft 365 network segment of the Microsoft Global Network, the data travels through the Microsoft Global Network.**<br><br>"When customer traffic enters the global network through strategically placed edge nodes, it travels over optimized routes across the backbone. These edge nodes interconnect with more than 4,000 unique internet partners (peers) through thousands of connections in more than 190 locations, which forms the foundation of Microsoft's interconnection strategy.<br><br>Whether you connect from London to Tokyo or from Washington DC to Los Angeles, latency, jitter, packet loss, and throughput affect network performance. At Microsoft, we choose and utilize direct interconnects instead of transit-links. This approach ensures symmetric response traffic and helps minimize hops, peering parties, and paths to keep them as short and simple as possible.<br><br>For example, if you access a service in Tokyo from London, the Internet traffic enters one of our edges in London, travels over the Microsoft WAN through France, our Trans-Arabia paths between Europe and India, and then to Japan where the service resides. Response traffic is symmetric. This data travel is called cold-potato routing. Traffic stays on the Microsoft network as long as possible before it's handed off.<br><br>Does all traffic between Microsoft services stay on the global network? Yes, any traffic between datacenters, within Microsoft Azure, or between Microsoft services such as Virtual Machines, Microsoft 365, XBOX, SQL databasess, Storage, and virtual networks routes within our global network and never over the public Internet. This routing ensures optimal performance and integrity."<br><br>https://learn.microsoft.com/en-us/azure/networking/microsoft-global-network<br><br>Microsoft 365 administrators can use a script or REST call to consume a structured list of endpoints from the Office 365 Endpoints web service and update the configurations of perimeter firewalls and other network devices. This ensures that traffic bound for Microsoft 365 is identified, treated appropriately and managed differently from network traffic bound for generic and often unknown Internet web sites. For more information on how to use the Office 365 Endpoints web service, see the article Office 365 URLs and IP address ranges.<br><br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-network-connectivity-principles?view=o365-worldwide |

**<u>Exhibit 2</u>**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | **The latency-sensitive data (video and audio) from the Accused Instrumentalities enters the Microsoft Global Network through one or more transport relays:**<br><br><br>https://www.youtube.com/watch?v=1tmHMIlAQdo at 35:51 (1:1 Teams call via transport relay(s));<br>In the below PCAP traces, representing a test with two terminals on Teams (one terminal in LA and one in NY), packet 762 in NY.pcap / 2783 in LA.pcap, shows the establishment of transport relay at an IP address 52.115.147.30. This transport relay is within the Microsoft 365 network segment of the Microsoft Global Network, and used by both terminals: |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | IP Address | Location | Network | Postal Code | Approximate Latitude / Longitude*, and Accuracy Radius | ISP / Organization | Domain | Connection Type |
|---|---|---|---|---|---|---|---|---|
| | 52.115.170.137 | Boydton, Virginia, United States (US), North America | 52.115.160.0/19 | 23917 | 36.6676, -78.3875 (20 km) | Microsoft Azure | - | Corporate |
| | 52.112.72.183 | Des Moines, Iowa, United States (US), North America | 52.112.72.0/24 | 50307 | 41.6021, -93.6124 (20 km) | Microsoft Azure | - | Corporate |
| | 52.115.84.39 | San Antonio, Texas, United States (US), North America | 52.115.84.0/22 | 78288 | 29.4227, -98.4927 (20 km) | Microsoft Azure | - | Corporate |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | <table><tr><td>52.115.147.30</td><td>San Jose, California, United States (US), North America</td><td>52.115.144.0/20</td><td>95141</td><td>37.1835, -121.7714 (20 km)</td><td>Microsoft Azure</td><td>-</td><td>Corporate</td></tr></table><br>Server 52.115.147.30 is selected using network routing and Microsoft load balancing mechanisms in San Jose (a major network hub and, on information and belief, a relay server location).<br>**On information and belief, the Microsoft Global Network includes multiple PoPs connected by physical and/or virtual links with provisioned transmission capacity and managed through centralized software-defined traffic engineering. Those inter-PoP links constitute guaranteed bandwidth channels.**<br>"To give customers a service that works well, our network must be able to handle failures and rapidly respond to demand spikes. To support the tremendous growth of our cloud services and maintain consistent service level agreements, we invest in private fiber (sometimes called dark fiber), for our metro, terrestrial, and submarine paths. Microsoft owns and runs one of the largest backbone networks in the world,[ ]connecting our datacenters and customers. Over the last three years, we've grown our long-haul WAN capacity by 700 percent. Within a given region, we can support up to 1.6 Pbps of inter-datacenter bandwidth. We continue to increase capacity to meet the strong demand for Microsoft cloud services.<br>Microsoft owns and runs one of the largest WAN backbones in the world.<br>Our submarine investments improve resiliency, performance, and reliability across the Pacific and Atlantic Oceans. Our latest investment is the MAREA cable, a 6,600 km submarine cable between Virginia Beach, Virginia, USA, and Bilbao, Spain, which we jointly developed with Facebook. MAREA will be the highest-capacity subsea cable to cross the Atlantic, featuring eight fiber pairs and an initial estimated design capacity of 160 Tbps. This open cable system is an innovation in submarine cable design and |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | delivery, which allows for greater bandwidth capacity thresholds and reduces cost. More importantly, it has given us the ability to introduce SDN principles into cable management, resulting in a better quality of service."<br><br>https://azure.microsoft.com/en-us/blog/how-microsoft-builds-its-fast-and-reliable-global-network/<br><br>"Our dataset is based on 14 months of data, from February 2015 to April 2016, taken from Microsoft's optical backbone in North America. This backbone has O(50) optical cross-connects, O(100) WAN segments, and O(1000) optical channels."<br><br>https://www.microsoft.com/en-us/research/project/microsofts-wide-area-optical-backbone/ |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| 11(i). (iii) to travel from the private transport network to the second data terminal via the second ISP network. | **The latency-sensitive data travels from the Microsoft Global Network to the second data terminal.**<br><br>"When customer traffic enters the global network through strategically placed edge nodes, it travels over optimized routes across the backbone. These edge nodes interconnect with more than 4,000 unique internet partners (peers) through thousands of connections in more than 190 locations, which forms the foundation of Microsoft's interconnection strategy.<br><br>Whether you connect from London to Tokyo or from Washington DC to Los Angeles, latency, jitter, packet loss, and throughput affect network performance. At Microsoft, we choose and utilize direct interconnects instead of transit-links. This approach ensures symmetric response traffic and helps minimize hops, peering parties, and paths to keep them as short and simple as possible.<br><br>For example, if you access a service in Tokyo from London, the Internet traffic enters one of our edges in London, travels over the Microsoft WAN through France, our Trans-Arabia paths between Europe and India, and then to Japan where the service resides. Response traffic is symmetric. This data travel is called cold-potato routing. Traffic stays on the Microsoft network as long as possible before it's handed off.<br><br>Does all traffic between Microsoft services stay on the global network? Yes, any traffic between datacenters, within Microsoft Azure, or between Microsoft services such as Virtual Machines, Microsoft 365, XBOX, SQL databasess, Storage, and virtual networks routes within our global network and never over the public Internet. This routing ensures optimal performance and integrity."<br><br>https://learn.microsoft.com/en-us/azure/networking/microsoft-global-network |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | *Figure 1. The relationship between an organization's networks and Microsoft 365 or Office 365 services*<br><br><br>https://learn.microsoft.com/en-us/microsoftteams/qos-in-teams<br>**The latency-sensitive data travels from the Microsoft Global Network to the second data terminal via the second ISP network:**<br><br><br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

| | |
|---|---|
| | <br>*Figure 1 - Teams topology*<br>https://learn.microsoft.com/en-us/microsoftteams/microsoft-teams-online-call-flows<br>Microsoft 365 is designed for optimal performance using endpoint security and encrypted network connections, reducing the need for perimeter security enforcement. Microsoft 365 datacenters are located across the world and the service is designed to use various methods for connecting clients to best available service endpoints. Since user data and processing are distributed between many Microsoft datacenters, there's no single network endpoint to which client machines can connect. In fact, data and services in your Microsoft 365 tenant are dynamically optimized by the Microsoft Global Network to adapt to the geographic locations from which they're accessed by end users.<br>https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-networking-overview?view=o365-worldwide |

**Exhibit 2**

**Infringement of U.S. Patent No. 10,263,902**

<table>
<tr>
<td></td>
<td>
Figure 1. The relationship between an organization's networks and Microsoft 365 or Office 365 services


<br>
https://learn.microsoft.com/en-us/microsoftteams/qos-in-teams
<br>
One of the most significant architectural features of Microsoft 365 (that is often missed or misinterpreted by network architects) is that it's a truly global distributed service, in the context of how users connect to it. The location of the target Microsoft 365 tenant is important to understand the locality of where customer data is stored within the cloud. However, the user experience with Microsoft 365 doesn't involve connecting directly to disks containing the data. The user experience with Microsoft 365 (including performance, reliability, and other important quality characteristics) involves connectivity through highly distributed service front doors that are scaled out across hundreds of Microsoft locations worldwide. In most cases, the best user experience is achieved by allowing the customer network to route user requests to the closest Microsoft 365 service entry point. This is preferable rather than connecting to Microsoft 365 through an egress point in a central location or region.
<br>
https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-network-connectivity-principles?view=o365-worldwide
</td>
</tr>
</table>